IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01852-OES

CHARLES BROWN,

    Applicant,

v.

W. A. SHERROD (Warden),

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant Charles Brown is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. Mr. Brown has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He also has paid the $5.00 filing fee for a habeas corpus action.

The Court must construe the habeas corpus application liberally because Mr. Brown is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Brown will be ordered to file an amended application.

Mr. Brown's sole claim is that he wants the 3559 Prison Litigation Reform Act (PLRA) code removed from his Sentence Monitoring Computation Data. The 3559 PLRA code apparently references 18 U.S.C. § 3559 concerning the sentencing

classification of offenses. Mr. Brown has exhausted BOP administrative remedies concerning this claim. Having reviewed the application, the Court fails to understand the reason the claim is asserted pursuant to 28 U.S.C. § 2241 because Mr. Brown fails to allege facts that demonstrate how the 3559 PLRA code places him "is in custody in violation of the Constitution or laws of treaties of the United States." 28 U.S.C. § 2241(c)(3). Accordingly, it is

ORDERED that Mr. Brown file **within thirty (30) days from the date of this order** an original and a copy of an amended application that complies with the directives in this order. It is

FURTHER ORDERED that the amended application shall be titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Brown, together with a copy of this order, two copies of the following form for use in submitting the amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. Brown fails to comply with this order to the Court's satisfaction within the time allowed, the application will be denied and the action

will be dismissed without further notice.

DATED at Denver, Colorado, this 4 day of October, 2005.

BY THE COURT:

*/s/ O. Edward Schlatter*
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-01852-OES

Charles Brown
Reg. No. 17550-047
FPC – Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 10/4/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk